UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: § Case No. 17-47556-MAR
§
DRILLA ANN CLOSE §
§
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Mark H. Shapiro, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 W. Fort Street, Suite 1700, Detroit, MI 48226

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days after the date of service of this notice pursuant to Fed. R. Bankr. P. 9006(a), upon the trustee, any party whose application is being challenged and to the United States Trustee. If a response or answer is timely filed and served, the clerk will schedule a hearing and the objecting party will be served with a notice of the date, time and location of the hearing. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: By: /s/ Mark H. Shapiro
Trustee

Mark H. Shapiro
25925 Telegraph Road
Suite 203
Southfield, MI 48033

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| In re: | § | Case No. 17-47556-MAR |
|---|---|---|
| DRILLA ANN CLOSE | § § § § § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $51,200.00
*and approved disbursements of* $31,749.11
*leaving a balance on hand of[1]:* $19,450.89

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $19,450.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Mark H. Shapiro, Trustee, Trustee Fees | $5,810.00 | $0.00 | $5,810.00 |
| Mark H. Shapiro, Trustee, Trustee Expenses, Expenses | $100.00 | $100.00 | $0.00 |
| Steinberg Shapiro & Clark, Attorney for Trustee Fees | $1,572.50 | $700.00 | $872.50 |
| Steinberg Shapiro & Clark, Attorney for Trustee Expenses, Expenses | $34.76 | $19.08 | $15.68 |
| U.S. Bankruptcy Court, Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |
| Other: First and Final Fee Application of Special Counsel expenses per court order entered 1/15/19 [docket no. 75], Special Counsel for Trustee Fees | $2,711.93 | $2,711.93 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Other: First and Final Fee Application of Special Counsel fees per court order entered 1/15/19 [docket no. 75], Special Counsel for Trustee Expenses, Expenses | $15,696.02 | $15,696.02 | $0.00 |
|---|---|---|---|

        Total to be paid for chapter 7 administrative expenses:     $6,958.18
        Remaining balance:     $12,492.71

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

        Total to be paid to prior chapter administrative expenses:     $0.00
        Remaining balance:     $12,492.71

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

        Total to be paid to priority claims:     $0.00
        Remaining balance:     $12,492.71

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,311.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | ACAR Leasing LTD d/b/a GM Financial Leasing | $5,415.48 | $96.33 | $2,093.83 |
| 2 | Capital One Bank (USA), N.A. | $2,022.75 | $35.97 | $782.08 |
| 3 | Capital One Bank (USA), N.A. | $2,811.74 | $50.02 | $1,087.12 |
| 4 | U.S. Bank National Association | $6,403.42 | $113.91 | $2,475.79 |
| 5 | U.S. Bank National Association | $3,042.28 | $54.12 | $1,176.25 |

| | | | | |
|---|---|---|---|---|
| 6 | PYOD, LLC | $4,748.22 | $84.47 | $1,835.83 |
| 7 | Portfolio Recovery Associates, LLC | $2,020.84 | $35.95 | $781.33 |
| 8 | Portfolio Recovery Associates, LLC | $2,867.25 | $51.01 | $1,108.58 |
| 9 | Portfolio Recovery Associates, LLC | $1,857.28 | $33.04 | $718.09 |
| 10 | Portfolio Recovery Associates, LLC | $1,122.02 | $19.96 | $433.81 |

Total to be paid to timely general unsecured claims: $12,492.71
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Mark H. Shapiro
Trustee

Mark H. Shapiro
25925 Telegraph Road
Suite 203
Southfield, MI 48033

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)